

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donal Turner, Appellant

No. 06-15-00068-CV     v.

Christus St. Michael Health System,
Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 15C0448-102). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Donal Turner, pay all costs of this appeal.

RENDERED APRIL 28, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk